GREATER DEVELOPMENT COMPANY OF CONNECTICUT, INC., ET AL. *v.* GREEN VALLEY LAKES, INC.

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Robert N. Shea,* for the appellee (defendant).

*David E. Kamins,* for the appellants (plaintiffs).

Argued January 2—decided January 2, 1973

STEAK-EAST, INC., ET AL. *v.* EAST HARTFORD PLANNING AND ZONING COMMISSION ET AL.

The motion by the defendant Abraham D. Gosman to dismiss the plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Jules S. Tarlow,* for the defendant Gosman.

*Lester S. Fleish,* for the named defendant.

*Dominic A. DiCorleto* and *Samuel Teller,* for the plaintiffs.

Argued January 2—decided January 2, 1973

RAYMOND LAVOIE *v.* ARBOR HOMES, INC., ET AL.

It appearing that the parties in the above-entitled case have failed to perfect the appeal from the Court of Common Pleas in Hartford County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance by counsel for either side.

Decided January 2, 1973